EDWARD W. SENTELLE, *Respondent, v.* OSWEGO COUNTY FARMERS' INSURANCE COMPANY, *Appellant.*— Judgment and order reversed and a new trial ordered, with costs to abide the event, unless the plaintiff shall stipulate to reduce the verdict and judgment, $200, and interest from April 1, 1876, in which case the judgment as so modified and the order are affirmed, with costs. Opinion by HARDIN, J.

THE PEOPLE, etc., *Appellant, v.* HARVEY W. NASH, *Respondent.*— Appeal dismissed. Opinion by TALCOTT, P. J.

JANE HOLMES, *Executrix, etc., Respondent, v.* ALLEN WOOD, *Appellant.*— Judgment affirmed. Opinion by HARDIN, J.

DIDYMUS THOMAS, *Respondent, v.* THE UTICA AND BLACK RIVER R. R. CO., *Appellant.* — Judgment and order affirmed, with leave to defendants to withdraw their demurrer and to answer, on payment of costs.

THE MERCHANTS' BANK, *Respondent, v.* CHARLES G. MYERS, *Appellant.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by SMITH, J.; HARDIN, J., not sitting.

WILLIAM H. BOSTWICK, *Respondent, v.* SARAH A. ANDRES, *Appellant.* — Judgment affirmed, with costs.

WILLIAM D. TABER, *Appellant, v.* THE BOARD OF SUPERVISORS OF ERIE COUNTY, *Respondents.*— Order denying a new trial reversed and new trial granted, costs to abide event. Opinion by SMITH, J.

WILLIS S. NELSON, *Respondent v.* DANIEL NEIL, *Appellant.* — Judgment and order denying motion for new trial on the minutes affirmed, and order denying motion for a new trial on the ground of newly-discovered evidence affirmed, with ten dollars costs and disbursements. Opinion by HARDIN, J.

FRANK SALLADIN, *Respondent, v.* JAMES GILES, *Appellant.* — Judgment of County Court affirmed.

LORENZO D. WAITE, as *Overseer of Alms, etc., Respondent, v.* THOMAS KENNA and others, *Appellants.* — Judgment appealed from reversed, and judgment ordered for defendants. Opinion by SMITH, J.; HARDIN, J., not voting.

DORR HEALD, *Appellant, v.* ELLIS MEAKER, *Respondent.* — Judgment affirmed. Opinion by HARDIN. J.